# IN THE MISSOURI COURT OF APPEALS
## JANUARY 21, 2013
### WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------

None

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------

None